# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO VILLALOBOS VELOS,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 80990

FILED

SEP 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported order denying a petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

A review of the district court docket and minute entries does not indicate that a petition for writ of habeas corpus was filed in the underlying case.[1] Further, it does not appear that the district court has entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Parraguirre

_____ , J.          _____ , J.
Hardesty                              Cadish

_____

[1]Appellant has already appealed from the district court order denying a petition for writ of habeas corpus. *See Velos v. State*, Docket No. 80991.

20-32731

cc: Hon. Kathleen E. Delaney, District Judge
Antonio Villalobos Velos
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A